IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KRISTINE H. ADAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 08-392-JJF |
| COMMISSIONER OF SOCIAL SECURITY | ) ) ) ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 8 day of July, 2008, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge